Endorsed Order:

The proposed times are excessive.  After the Court identifies matters it wants the parties to address at the outset of argument, they may then have the following times:

## LYONDELL ORAL ARGUMENT

**I.  MOTION TO DISMISS** ~~(5.0)~~

    **a.  Intentional Fraudulent Transfer** ~~(3.0)~~

        **i.** Defendants' Opening  ~~1.0~~ 40 mins.

        **ii.** Trustees' Response  ~~1.5~~ 60 mins

        **iii.** Defendants' Reply  ~~0.50~~ 20 mins

    **b.  "Standing" and Other Arguments** ~~(2.0)~~

        **i.** Defendants' Opening  ~~0.67 (i.e., 40 minutes)~~ 20 mins

        **ii.** Creditor Trustee's Response  ~~1.0~~ 30 mins

        **iii.** Defendants' Reply  ~~0.33 (i.e, 20 minutes)~~ (10 mins)

---

**II.  CLASS CERTIFICATION MOTION**  ~~(2.66)~~

    **a.** Litigation Trustee's Opening  ~~1.0~~ 30 mins

    **b.** Defendants' Response  ~~1.33 (i.e., 1 hour and 20 minutes)~~ 40 mins

    **c.** Litigation Trustee's Reply  ~~0.33 (i.e., 20 minutes)~~ 10 mins

Dated: New York, New York  
     January **9,** 2015

             **_s/Robert E. Gerber_**
             United States Bankruptcy Judge